UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RANDALL LEWIS,

         Petitioner,

   v.

MacDONALD, Warden,

         Respondent.

NO. CV 16-1440-PSG (AGR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed as untimely.

DATED: 06/30/16

         PHILIP S. GUTIERREZ
         United States District Judge